IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR BABERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv77-WHA |
| ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC.; et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

    1. For good cause shown, the Plaintiff's Motion to Stay Defendants' Motions to Dismiss (Doc. #10) is ORDERED GRANTED.

    2. Upon consideration of the Plaintiff's Motion to Remand (Doc. #8), filed on February 15, 2006, it is

    ORDERED that the Defendants shall show cause, if any there be, **on or before March 8, 2006** why the motion should not be granted. The Plaintiff shall have **until March 15, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

    DONE this 15th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE