LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN**
**GENERAL**
FINANCE

| DATE 07/25/02 | ACCOUNT NUMBER 7516513 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-279-6011 |
|---|---|

LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")
AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
TWIN OAKS VILLAGE
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

BORROWER(S) NAME AND ADDRESS ("I","We")

ARTHUR BABERS
166 GRIFFIN JENKINS RD
UNION SPRINGS, AL 36089

**PAID**
APR 29 2005

I will read this entire Loan Agreement and Disclosure Statement (American General Financial Services and documents carefully. If I have any questions, I will ask them before I sign any of these documents MONTGOMERY, AL am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 24.42 % | $ 2619.41 | $ 6080.00 | $ 8699.41 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 299.41 | 09/10/02 |
| 35 | $ 240.00 | monthly beginning 10/10/02 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00 .

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may [X] I will not have to pay a penalty or minimum charge.
[X] I may [ ] I will not get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

**COPY**

[X] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| 1995 | FORD | MUSTANG-V8 | 1FALP42D0SF206134 |

[ ] Other Assets | Other Assets Description

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

## THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Arthur Babers_
Borrower

_____
Co-Borrower

**D(1)**

## SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

MGBY.4977.0086

### TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE   07/25/02 | ACCOUNT NUMBER   7516513 | TYPE OF LOAN (Alpha)  E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
TWIN OAKS VILLAGE
2723 EASTERN BYP
MONTGOMERY, AL 36117-1594

**BORROWER(S) NAME AND ADDRESS ("I","We")**

ARTHUR BABERS
166 GRIFFIN JENKINS RD
UNION SPRINGS, AL 36089

**CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST.** I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| **CREDIT LIFE INSURANCE**<br>I want single credit life insurance.<br><br>Date 07/25/02  _Arthur Babers_  7-25-02<br>Borrower  ARTHUR BABERS  Date of Birth<br><br>Date _____  Coverage not applicable. _____  Date of Birth<br>Co-Borrower | $    163.55 |
| **CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE**<br><br>Date _____  Insurance not available. _____<br>Borrower<br><br>Date _____  Insurance not available. _____<br>Co-Borrower | $ NONE |

\* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| Date _____  Insurance not elected. _____<br>Borrower<br><br>Date _____  Coverage not applicable. _____<br>Co-Borrower | | $ NONE |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE: I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender.** Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

## AMERICAN GENERAL FINANCE

### INSURANCE DISCLOSURE SUMMARY

| Borrower Name and Address: | |
|---|---|
| ARTHUR BABERS<br>166 GRIFFIN JENKINS RD<br>UNION SPRINGS, AL 36089 | Branch Number: 1715 |
| | Loan Number: 7516513 |
| | Date: 07/25/02 |

**I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| *Credit Life* • | ARTHUR BABERS | $ 163.55 |
| *Credit Disability* | | $ NONE |
| *Credit Involuntary Unemployment* | | $ NONE |
| *Credit Personal Property* | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

**NON CREDIT INSURANCE:** I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

**INSURANCE SALESPERSON:**

_____
(Signature)

1001368 2
(License Number)

**BORROWER:** *Arthur Babers*
(Signature)

**CO-BORROWER:** _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ171 (7-14-02)     Telephone: 1-800-325-2147 Ext 5232     Telefax: (812) 461-2852     MGBY.4977.0178

## ITEMIZATION OF AMOUNT FINANCED

Amounts paid to Lender or others on my behalf

| | | | |
|---|---|---|---|
| 1. $ | 163.55 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ | 20.00 | Recording/Releasing Fees UCC | PAID TO GOVERNMENT AGENCY |
| 12. $ | 16.50 | MV Certificate of Title Fee | PAID TO GOVERNMENT AGENCY |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |
| 16. $ NONE | | | PAID TO |
| 17. $ NONE | | | PAID TO |
| 18. $ NONE | | | PAID TO |
| 19. $ NONE | | | PAID TO |
| 20. $ NONE | | | PAID TO |

(*Lender may retain a portion of these amounts.)

| | | | |
|---|---|---|---|
| 21. $ | 2853.88 | Amount Paid on Prior Account with Lender | |
| 22. $ | 3026.07 | Amounts Paid to me | |
| | | $ 3000.00 | PAID TO ARTHUR BABERS & MILTON BABERS |
| | | $ 26.07 | PAID TO ARTHUR BABERS |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |
| | | $ | PAID TO |

$ 6080.00 Amount Financed (Sum of lines 1 - 22)

$ 120.00 Prepaid Finance Charges (Itemized below)

## PREPAID FINANCE CHARGES

| | | | |
|---|---|---|---|
| 1. $ | 120.00 | Interest Surcharge | PAID TO LENDER |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ NONE | | | PAID TO |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**

MGBY.4977.0087

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN GENERAL** FINANCIAL SERVICES

| DATE 11/17/05 | ACCOUNT NUMBER 7516513 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-279-6011 |
|---|---|

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
COLONIAL PROMENADE MONTGOMERY
2768 EASTERN BLVD
MONTGOMERY, AL 36117-1550

**BORROWER(S) NAME AND ADDRESS ("I","We")**

ARTHUR BABERS
166 GRIFFIN JENKINS RD
UNION SPRINGS, AL 36089

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 23.70 % | $ 1119.77 | $ 4074.07 | $ 5193.84 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 248.84 | 01/01/06 |
| 23 | $ 215.00 | monthly beginning 02/01/06 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the unpaid amount of the payment, but not more than $ __99.99__ or less than $ __10.00__.

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.

[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

[X] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| 1995 | FORD TRUCK | F150 PICKU | 1FTEX14N7SKB71896 |

[ ] Other Assets    Other Assets Description

[ ] Household Items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

[ ] My loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to me earlier.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Arthur Baber_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE MONTH/DAY/YEAR  11/17/05 | ACCOUNT NUMBER  7516513 | TYPE OF LOAN (Alpha)  E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
COLONIAL PROMENADE MONTGOMERY
2768 EASTERN BLVD
MONTGOMERY, AL 36117-1550

**BORROWER(S) NAME AND ADDRESS ("I","We")**

ARTHUR BABERS
166 GRIFFIN JENKINS RD
UNION SPRINGS, AL 36089

**CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST.** I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| **CREDIT LIFE INSURANCE**<br>I want single credit life insurance.<br><br>Date 11/17/05   Borrower ARTHUR BABERS   Date of Birth 12/10/51<br>Date _____   Co-Borrower   Coverage not applicable.   Date of Birth | $    72.51 |
| **CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE**<br><br>Date _____   Borrower   Insurance not elected.   Date of Birth<br>Date _____   Co-Borrower   Coverage not applicable.   Date of Birth | $ NONE |

\* If I/We have selected credit disability insurance, I/We certify by signing above that the proposed insured is actively at work at least 30 hours per week. (Applies to all states EXCEPT Wisconsin.)

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| <br>Date _____   Borrower   Insurance not elected.<br>Date _____   Co-Borrower   Coverage not applicable. | | $ NONE |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property")

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNAIB1 (10-01-05) Truth in Lending Insurance Disclosures - Single Premium     Page 1     Initials A   B

MGBY.4977.0245

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and/or its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

Initials *A O*

MGBY.4977.0246

**AMERICAN
GENERAL**
FINANCIAL SERVICES

## INSURANCE DISCLOSURE SUMMARY

| Borrower Name and Address: | |
|---|---|
| ARTHUR BABERS<br>166 GRIFFIN JENKINS RD<br>UNION SPRINGS, AL 36089 | Branch Number: 1715 |
| | Loan Number: 7516513 |
| | Date: 11/17/05<br>MONTH/DAY/YEAR |

**I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | ARTHUR BABERS | $        72.51 |
| Credit Disability | | $ NONE |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

*Jenny Vickers*
Signature/Date (Month/Day/Year)

*A1905 68*
Employee#/License Number (where required)

BORROWER: *Arthur Baber*
Signature/Date (Month/Day/Year)

CO-BORROWER:
Signature/Date (Month/Day/Year)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147 Ext 5232    Telefax: (812) 461-2852
UNQ1B1 (10-16-05) Insurance Disclosure Summary - Single Premium

MGBY.4977.0023

## ITEMIZATION OF AMOUNT FINANCED

Amounts paid to others on my behalf

| | | | |
|---|---|---|---|
| 1. $ | 72.51 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ NONE | | | PAID TO |
| 12. $ | 15.00 | MV Certificate of Title Fee | PAID TO GOVERNMENT AGENCY |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |
| 16. $ NONE | | | PAID TO |
| 17. $ NONE | | | PAID TO |
| 18. $ NONE | | | PAID TO |
| 19. $ NONE | | | PAID TO |
| 20. $ NONE | | | PAID TO |
| 21. $ | | | PAID TO |
| 22. $ | | | PAID TO |
| 23. $ | | | PAID TO |
| 24. $ | | | PAID TO |
| 25. $ | | | PAID TO |
| 26. $ | | | PAID TO |
| 27. $ | | | PAID TO |
| 28. $ | | | PAID TO |
| 29. $ | | | PAID TO |
| 30. $ | | | PAID TO |
| 31. $ | | | PAID TO |
| 32. $ | | | PAID TO |
| 33. $ | | | PAID TO |
| 34. $ | | | PAID TO |
| 35. $ | | | PAID TO |
| 36. $ | | | PAID TO |
| 37. $ | | | PAID TO |
| 38. $ | | | PAID TO |
| 39. $ | | | PAID TO |
| 40. $ | | | PAID TO |
| 41. $ | | | PAID TO |
| 42. $ | | | PAID TO |
| 43. $ | | | PAID TO |
| 44. $ | | | PAID TO |
| 45. $ | | | PAID TO |

Amount Paid on Prior Account with Lender

| | |
|---|---|
| 46. $ | 3490.83 |

Amounts Paid to me

| | | |
|---|---|---|
| 47. $ | 495.73 | PAID TO ARTHUR BABERS |
| 48. $ | | PAID TO |
| 49. $ | | PAID TO |
| 50. $ | | PAID TO |
| 51. $ | | PAID TO |
| 52. $ | | PAID TO |
| 53. $ | | PAID TO |
| 54. $ | | PAID TO |
| 55. $ | | PAID TO |
| 56. $ | | PAID TO |

*   Lender may retain a
    portion of these
    amounts.

| | | |
|---|---|---|
| $ | 4074.07 | Amount Financed (Sum of lines 1 - 56) |
| $ | 120.00 | Prepaid Finance Charges (itemized below) |

## PREPAID FINANCE CHARGES

| | | | |
|---|---|---|---|
| 1. $ | 120.00 | Interest Surcharge | PAID TO LENDER |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ NONE | | | PAID TO |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**