IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR BABERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv077-WHA |
| | ) |
| AMERICAN INTERNATIONAL GROUP, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## AGREED TEMPORARY STAY ORDER

CAME BEFORE THE COURT FOR HEARING the joint *ore tenus* motion of Plaintiffs and Defendants American General Financial Services of Alabama, Inc., in and of itself and as successor to American General Finance, Inc., an Alabama corporation, Merit Life Insurance Company, Yosemite Insurance Company, and Kimberly Milstead, f/k/a Kimberly Singleton, appearing specially so as to preserve any and all defenses available under Rule 12 of the Alabama Rules of Civil Procedure, and specifically preserving the right to seek arbitration pursuant to 9 U.S.C. § 1 *et seq.*

The parties request the entry of an agreed temporary stay because their counsel are negotiating in an attempt to reach an agreed final resolution of both this Action, as well as a number of related actions.  The Parties have requested a brief temporary stay of this Action, so as to relieve them of intervening expense, while their counsel attempt to conclude those negotiations in an effort to resolve this and related actions.  Recognizing that this is an Agreed Order, this Court FINDS the relief requested to be well-taken.

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that the entirety of this Action and all proceedings and deadlines herein are stayed until the earlier of:

  A. May 2, 2006; or

  B. Counsel for any Party hereto files and serves an instrument entitled "Notice of Withdrawal of Consent to Agreed Temporary Stay Order," service of which shall have the immediate effect of dissolving the TEMPORARY STAY granted by this Order.

  SO ORDERED, this the 20th day of March, 2006.


            /s/ W. Harold Albritton
            SENIOR UNITED STATES DISTRICT JUDGE

  AGREED:


*/s/ C. Lance Gould*
C. Lance Gould (GOU007)

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

ATTORNEY FOR PLAINTIFF

*/s/ Matthew T. Mitchell*
Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC., in and of itself and as successor to AMERICAN GENERAL FINANCE, INC., an Alabama corporation, MERIT LIFE INSURANCE CO., YOSEMITE INSURANCE COMPANY, and KIMBERLY MILSTEAD