IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR BABERS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-cv-00077-WHA |
| AMERICAN INTERNATIONAL GROUP, INC.; | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Dismiss Without Prejudice, the Court finds that said Motion is well-taken and should be granted.

Accordingly, this Court ORDERS that:

(1) All of Plaintiff's claims against all Defendants herein are dismissed without prejudice;

(2) To the maximum extent allowed by applicable law, should Plaintiff subsequently file a new action(s) concerning the exact transactions and occurrences at issue in this Action, and do so no later than 10 calendar days from the date of entry of this Order, for purposes of the applicable statute(s) of limitations only, any such action(s) shall be deemed to have been filed on the same day the instant Action was filed; and

(3) This Action in its entirety is hereby dismissed without prejudice.

SO ORDERED this _____ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

1448223